IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


**STEVEN A. GILLMAN,**

        **Petitioner,**

        v.                      CASE NO.  11-3228-RDR

**WARDEN C. MAYE,**

        **Respondent.**


**O R D E R**

This petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was dismissed as moot by Order entered on August 16, 2012. After the Order of Dismissal and Judgment were entered, the clerk received and docketed a Motion for Order apparently submitted by petitioner before he received notice of the dismissal. Respondent has filed a Response to this motion. The court denies petitioner's motion as moot.[1] The request for court action included by respondent in his response is not in proper motion form, but if it were it would likewise be denied as moot.

**IT IS THEREFORE BY THE COURT ORDERED** that petitioner's Motion for Order and Extension of Time (Doc. 21) is denied.

**IT IS SO ORDERED.**

---

[1] Petitioner suggests in his motion that "if the court rules in his favor" he will file a motion for costs. No such motion is before the court and, in any event, petitioner refers to no authority that would entitle him to receive costs in a pro se habeas corpus action.

**DATED:** This 13th day of September, 2012, at Topeka, Kansas.

                                        s/RICHARD D. ROGERS
                                        United States District Judge